IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SCOTT DUERR,<br><br>Defendant. | CR 16-102-BLG-SPW-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Before the Court is Defendant's Unopposed Motion to Vacate and Reset Change of Plea Hearing. (Doc. 19.) That motion being unopposed and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. The hearing presently scheduled for April 20, 2017, is hereby VACATED and RESET for **April 27, 2017, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 20th day of April, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge