IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 05 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-102-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DAVID SCOTT DUERR, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, September 29, 2017 at 10:30 a.m. is **VACATED** and reset to commence on **Thursday, September 28, 2017 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 5th day of September, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1