

FILED

SEP 2 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-102-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID SCOTT DUERR, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, September 28, 2017 at 3:30 p.m. is **VACATED** and reset to commence on **Thursday, September 28, 2017 at 2:30 p.m.**, changing the time of the hearing only.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 21st day of September, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1